# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**PHILIP AND TERRI SAVOIE**

      **Plaintiffs,**

v.                                               **Case No.: 3:05cv244/MCR**

**AMERICAN SECURITY INSURANCE CO.,**

      **Defendant.**

_____/

## ORDER AND NOTICE

The motion for summary judgment filed by defendant American Security Insurance Co., will be taken under advisement by the court on **June 12, 2006**. (Doc. 49).  Because the court does not contemplate scheduling a hearing on the motion, the parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure *before* the above date.[1] Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the court in ruling on the motion.

A motion for summary judgment will result in a final judgment being entered for the moving party if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials filed in the record show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.  Fed.R.Civ.P. 56.

The court directs defendant to submit hard (<u>i. e.</u>, paper) copies of its motion for

---

[1] The response to a motion for summary judgment must be filed within the time prescribed by the Federal and Local Rules.

summary judgment, along with any other evidentiary materials it may wish to file, to the undersigned's chambers no later than the aforementioned advisement date of **June 12, 2006**.  Likewise, upon plaintiffs' timely filing of their response to the motion for summary judgment as well as the submission of any other evidentiary materials they may wish to file, they should also submit hard copies to chambers.

**DONE and ORDERED** on this 25th day of May, 2006.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**
